**Anna Helton, OSB #054424**
Email: ahelton@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Of Attorneys for Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba Archdiocese of Portland in Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON,** and successors, a corporation sole, dba Archdiocese of Portland in Oregon<br><br>Interested Parties/Claimants: **S.S., D.G., B.S., J.N., and A.S.** | Case No. 3:19-mc-00467-SI<br><br>**OPINION AND ORDER** |

**SIMON, U.S. District Judge.**

Interested Parties/Claimants S.S., D.G., B.S., J.N., and A.S. ("Claimants") made certain claims against the Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba Archdiocese of Portland in Oregon ("the Archdiocese"). The Archdiocese and Claimants settled those claims, and pursuant to the settlement, on May 29, 2019, the Archdiocese filed a Motion to Approve Settlement of "Future Claims" and to Approve Payment from Future Claims Trust (Dkt. 1) (the "Motion").

Page 1 -    OPINION AND ORDER

The Court GRANTS the Motion and authorizes the payments to Claimant S.S. in the amount of $675,000, Claimant D.G. in the amount of $100,000, Claimant B.S. in the amount of $440,000, Claimant J.N. in the amount of $475,000, and Claimant A.S. in the amount of $125,000 from the Future Claims Trust.

**IT IS SO ORDERED.**

DATED this 31st day of July, 2019.

/s/ Michael H. Simon
MICHAEL H. SIMON
United States District Judge

Page 2 -    OPINION AND ORDER

PDX\000500\242462\ASM\25897239.2